UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| ONA HULL, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) ) |
| LINCOLN NATIONAL LIFE INSURANCE CO. and LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | ) Case No. 3:19-cv-00171-CRS ) ) ) ) ) |
|     Defendants. | ) ) |

## NOTICE OF SETTLEMENT

Come now Defendants, Lincoln National Life Insurance Company and Liberty Life Assurance Company of Boston (collectively "Lincoln Defendants"), by counsel, and notify the Court that the parties have recently reached a settlement of this matter. The parties are working on finalizing the settlement and anticipate filing a Stipulation of Dismissal within thirty-five (35) days.

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C

By: */s/ Eric P. Mathisen*
Eric P. Mathisen, IN Bar # 19475-71
Admitted *pro hac vice*
56 S. Washington St., Suite 302
Valparaiso, IN 46383
Ph.: (219) 242-8666
Fax: (219) 242-8669
eric.mathisen@ogletree.com

Kevin Roberts, KY Bar No. 96835
111 Monument Circle, Suite 4600
Indianapolis, IN 46204
Ph.: (317) 916-1300
Fax: (317) 916-9076
kevin.roberts@ogletree.com
***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *NOTICE OF SETTLEMENT* was filed electronically on June 7, 2019 and that service of same on all counsel of record will be made by the Court's CM/ECF system as follows:

>Robert A. Florio
>raflorioatty@hotmail.com

I further certify that service was made on the following non-registered ECF counsel of record by placing copies of the foregoing *NOTICE OF SETTLEMENT* in envelopes properly addressed to them and with sufficient first-class postage pre-paid:

>None

>/s/  Eric P. Mathisen
>Eric P. Mathisen